(C.D. 3074)

A & S SONTAG COMPANY v. UNITED STATES

United States Customs Court, Third Division

(Decided August 1, 1967)

Plaintiff not represented by counsel.
Carl Eardley, Acting Assistant Attorney General, for the defendant.

Before RICHARDSON and LANDIS, Judges

RICHARDSON, Judge: Upon the call of the calendar, defendant moved for a dismissal of the instant protest on the ground that the protest was untimely filed.

It appears from the official papers before the court that the consumption entry the subject of this protest (No. 318120) was liquidated April 28, 1966, and that the protest, bearing date of April 28, 1966, is stamped "RECEIVED" under date of June 28, 1966. Consequently, it

is established in the record *prima facie* at least that the instant protest was filed 61 calendar days after the date of liquidation, or one day too late. Under these circumstances, the instant protest is untimely, and is, therefore, dismissed for untimeliness.

Judgment will be entered accordingly.